1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11    CUONG HUY DAO,                              No.  2:23-CV-1242-DMC-P

12                      Plaintiff,

13          v.                                    ORDER

14    DUSTIN CAMPBELL, et al.,

15                      Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19    See ECF No. 2.  Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21          The sufficiency of Plaintiff's complaint and service thereof will be addressed

22    separately.

23          IT IS SO ORDERED.

24          Dated:  July 14, 2023

25                                               _____
                                                 DENNIS M. COTA
26                                               UNITED STATES MAGISTRATE JUDGE

27

28

                                                 1