**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CUONG HUY DAO, | No.  2:23-cv-1242-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DUSTIN CAMPBELL, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion for an extension of time to to July 15, 2026, to file a response to Plaintiff's fourth amended complaint.  See ECF No. 31.  The motion is joined by Defendant Jones, who was inadvertently not listed as a moving party the initial motion.  See ECF No. 32.  Good cause appearing therefor based on defense counsel's declaration indicating the need for additional time to review documents related to each of the 18 defendants' participation in the events alleged, Defendants' motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Defendants' motion for an extension of time, ECF No. 31, is granted.

2.    Defendants shall file a response to Plaintiff's fourth amended complaint on or before July 15, 2026.

Dated:  June 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE